

*Beverly Harvard*
*U.S. Marshal*

**U.S. Department of Justice**
United States Marshals Service
75 Spring Street S.W. Suite 1600
Atlanta, GA 30303

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

MAR 1 4 2016

JAMES N. HATTEN, CLERK
By: [signature] Deputy Clerk

March 11, 2016

VIA CERTIFIED MAIL
RETURN RECEIPT REQUESTED

Mr. Tessema Lulseged
915 Falling Water Lane
Norcross, GA 30093

Subject:   **Voluntary Surrender/Reporting Information**
           Reg. No. 66801-019 Case No 1:14-CR-00260-LMM

Dear Mr. Lulseged:

Pursuant to the sentence you received in federal court in the Northern District of Georgia, you are hereby directed to report to the following institution to begin service of your federal sentence.

| | |
|---|---|
| INSTITUTION: | Atlanta USP SCP<br>601 McDonough Blvd., SE<br>Atlanta, GA 30315 |
| TELEPHONE NO.: | (404) 635-5100 |
| REPORT DATE: | NOON April 4, 2016 |

Any further inquiries should be directed to the institution at the telephone number listed above.

Respectfully,

Beverly Harvard
United States Marshals

A. Patrick
Criminal Section

cc:
Clerk of Court
Pretrial Services
U.S. Probation Office